**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 10-2288**

---

UNNAMED CITIZEN A, a/k/a Annette Reddick; T. R., a minor by
and through his next friend, Unnamed Citizen A; UNNAMED
CITIZEN B, a/k/a Tasha Reddick; T. M., a minor by and
through her next friend, Unnamed Citizen B; A. M., a minor
by and through his next friend, Unnamed Citizen B; UNNAMED
CITIZEN C, Arlene Carter; R. C., a minor by and through her
next friend, Unnamed Citizen C; Z. C., a minor by and
through her next friend, Unnamed Citizen C; UNNAMED CITIZEN
D, a/k/a Tiese Mitchell; J. M., a minor by and through his
next friend, Unnamed Citizen D; J. M., a minor by and
through his next friend, Unnamed Citizen D; UNNAMED CITIZEN
E, a/k/a Crystal Lewis; J. J., a minor by and through his
next friend, Crystal Lewis,

       Plaintiffs – Appellees,

   v.

WILLIAM A. WHITE,

       Defendant – Appellant,

   and

AMERICAN NATIONAL SOCIALIST WORKERS PARTY, LLC,

       Defendant,

UNITED STATES OF AMERICA,

       Intervenor,

WILLIAM A. WHITE,

       Debtor.

ANNETTE REDDICK, a/k/a Unnamed Citizen A; TASHA REDDICK, a/k/a Unnamed Citizen B; ARLENE CARTER, a/k/a Unnamed Citizen C; TIESE MITCHELL, a/k/a Unnamed Citizen D; CRYSTAL LEWIS, a/k/a Unnamed Citizen E; R. C., a minor by and through her next friend, Unnamed Citizen C; Z. C., a minor by and through her next friend, Unnamed Citizen C; J. J., a minor by and through his next friend, Unnamed Citizen E; A. M., a minor by and through his next friend, Unnamed Citizen B; J. M., a minor by and through his next friend, Unnamed Citizen D; J. M., a minor by and through his next friend, Unnamed Citizen D; T. M., a minor by and through her next friend, Unnamed Citizen B; T. R., a minor by and through his next friend, Unnamed Citizen A,

       Plaintiffs – Appellees,

    v.

WILLIAM A. WHITE,

       Defendant – Appellant,

    and

AMERICAN NATIONAL SOCIALIST WORKERS PARTY, LLC,

       Defendant,

UNITED STATES OF AMERICA,

       Intervenor.

ANNETTE REDDICK, a/k/a Unnamed Citizen A; T. R., a minor by and through his next friend, Unnamed Citizen A; TASHA REDDICK, a/k/a Unnamed Citizen B; T. M., a minor by and through her next friend, Unnamed Citizen B; A. M., a minor by and through his next friend, Unnamed Citizen B; ARLENE

CARTER, a/k/a Unnamed Citizen C; R. C., a minor by and through her next friend, Unnamed Citizen C; Z. C., a minor by and through her next friend, Unnamed Citizen C; TIESE MITCHELL, a/k/a Unnamed Citizen D; J. M., a minor by and through his next friend, Unnamed Citizen D; J. M., a minor by and through his next friend, Unnamed Citizen D; CRYSTAL LEWIS, a/k/a Unnamed Citizen E; J. J., a minor by and through his next friend, Unnamed Citizen E,

        Plaintiffs – Appellees,

   v.

WILLIAM A. WHITE,

        Defendant – Appellant,

   and

AMERICAN NATIONAL SOCIALIST WORKERS PARTY, LLC,

        Defendant,

UNITED STATES OF AMERICA,

        Intervenor.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (7:09-cv-00057-jct)

---

Submitted: February 16, 2012     Decided: February 29, 2012

---

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William A. White, Appellant Pro Se. Richard E. Hagerty, TROUTMAN SANDERS, LLP, McLean, Virginia; William H. Hurd, Robert Miltz Luck, III, Stephen Atherton Northup, George A. Somerville,

Anthony Francis Troy, TROUTMAN SANDERS, LLP, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. White appeals the district court's orders confirming the jury's verdict for the Appellees on their claims for violations of the Fair Housing Act, 42 U.S.C. § 3601 et seq. (2006), violations of Virginia statutes, and intentional infliction of emotional distress, awarding attorney's fees to the Appellees and denying White's motion to vacate, and denying White's motions for sanctions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Unnamed Citizen A v. White, No. 7:09-cv-00057-jct (W.D. Va. Nov. 8, 2010); Riddick v. White, No. 7:09-cv-00057-jct (W.D. Va. Mar. 1 & 18, 2011; Apr. 19, 2011). We also deny White's motion to stay the judgment pending appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED